MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs   CRIM E. ALEXIE              CASE NO. 3:02-CR-00007-05-JWS
Defendant: X Present   X In Custody

BEFORE THE HONORABLE        JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:      SUZANNETTE LUCERO

UNITED STATES ATTORNEY:     DAVID NESBETT

DEFENDANT'S ATTORNEY:       MIKE DIENI - APPOINTED

U.S.P.O.:                   ERIC ODEGARD

PROCEEDINGS: STATUS CONFERENCE (INITIAL APPEARANCE ON PETITION TO
             REVOKE SUPERVISED) RELEASE HELD 12/08/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:36 p.m. court convened.

 X Copy of Petition to Revoke Supervised Release given to
   defendant; waived reading.

 X Defendant sworn.

 X Defendant advised of charges and penalties.

 X Defendant states true name:   CRIM E. ALEXIE

 X Financial Affidavit **FILED**; Federal Public Defender accepted
   appointment; FPD notified.

 X Hearing continued until   **12/12/06 at 2:00 p.m.**

 X OTHER:   Court and counsel heard re defendant's request to
   continue proceeding until PO Charlene Wortman returns next
   week; **GRANTED**. Defendant's detention uncontested at this time;
   Order of Detention Pending Trial **FILED**.

At 2:44 p.m. court adjourned.



DATE:   December 8, 2006    DEPUTY CLERK'S INITIALS:      SCL

05/00