ORIGINAL

# United States District Court
## for the
## DISTRICT OF ALASKA

RECEIVED
DEC 1 1 2006
CLERK U.S. DISTRICT
ANCHORAGE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | Case Number: A02-0007-05-CR (JWS) |
| ) | |
| vs. ) | **WARRANT FOR ARREST** |
| ) | |
| Crim E. Alexie ) | |

TO: The United States Marshal
and any Authorized United States Officer

     YOU ARE HEREBY COMMANDED to arrest Crim E. Alexie and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with five violations of his term of supervised release.

**REDACTED SIGNATURE**

John W. Sedwick
Chief U.S. District Court Judge

12-7-06
Date

| RETURN OF SERVICE | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: ANCHORAGE AK | | |
| Date Received: 12/7/06  Date of Arrest: 12/7/06 | Name and title of arresting officer: DUSM JOHN OLSON | Signature of arresting officer: |

ORIGINAL