MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. ___CRIM E. ALEXIE___ CASE NO. _3:02-CR-00007-05-JWS_
Defendant: _X_ Present  _X_ In Custody

BEFORE THE HONORABLE: ___JOHN D. ROBERTS___

DEPUTY CLERK/RECORDER: ___SUZANNETTE LUCERO___

UNITED STATES' ATTORNEY: _DAVID NESBETT_

DEFENDANT'S ATTORNEY: ___MIKE DIENI___

U.S.P.O.: ___CHARLENE WORTMAN___

PROCEEDINGS: CONTINUED INITIAL APPEARANCE ON PETITION TO REVOKE
            SUPERVISED RELEASE HELD 12/12/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:06 p.m. court convened.

_X_ Defendant **DENIED** allegations _1-5 of the Petition to Revoke_
    _Supervised Release._

_X_ Evidentiary hearing set for  **12/19/06 at 1:30 p.m.**

_X_ OTHER: _Consent to Proceed Before A USMJ In An Evidentiary_
_Hearing Re: Violations of Supervised Release_ **FILED**. _Defendant's_
_detention continued._

At 2:11 p.m. court adjourned.

DATE: ___December 12, 2006___  DEPUTY CLERK'S INITIALS: ___SCL___