NELSON P. COHEN
United States Attorney

DAVID NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-1500
david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | No.3:02-CR-0007-JWS |
| ) | |
| Plaintiff,   ) | **MOTION TO DISMISS** |
| ) | **PETITION WITHOUT** |
| vs.   ) | **PREJUDICE** |
| ) | |
| CRIM E. ALEXIE,   ) | |
| ) | |
| Defendant.   ) | |
| ) | |

COMES NOW Plaintiff, the United States of America, and by leave of Court dismisses this Petition without prejudice, pursuant to Rule 48(a), Federal Rules of Criminal Procedure.

The government also moves to vacate the hearing set for December 19, 2006 at 1:30 p.m.

DATED this 18 day of December, 2006, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ David Nesbett
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-1500
david.nesbett@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2006,
a copy of the foregoing was served
electronically on Michael Dieni.

s/ David Nesbett