IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.3:02-CR-0007-JWS |
| | ) | |
| Plaintiff, | ) | **ORDER TO DISMISS** |
| | ) | **PETITION WITHOUT** |
| vs. | ) | **PREJUDICE** |
| | ) | |
| CRIM E. ALEXIE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS SO ORDERED.   The government's motion to dismiss the Petition without prejudice, pursuant to Fed. R. Crim. P.  48(a), is GRANTED.  The evidentiary hearing scheduled for December 19, 2006, at 1:30 p.m. is vacated.

DATED: _____

                                                MAGISTRATE JUDGE
                                                JOHN D. ROBERTS