# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>CRIM E. ALEXIE,<br><br>　　　　　Defendant. | 3-02-cr-00007-JWS-JDR<br><br>**ORDER<br>REGARDING<br>MOTION TO DISMISS<br>PETITION WITHOUT PREJUDICE**<br><br>(Docket No. 400) |

　　　　The government's motion [400] to dismiss without prejudice, pursuant to F.R.Cr.P. 48(a) the Petition to Revoke Supervised Release [389] is GRANTED. The evidentiary hearing scheduled for December 19, 2006 at 1:30 p.m. is VACATED.

　　　　DATED this 18th day of December, 2006, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　/s/ John D. Roberts
　　　　　　　　　　　　　　　　　　JOHN D. ROBERTS
　　　　　　　　　　　　　　　　　　United States Magistrate Judge