# United States District Court
for the
## DISTRICT OF ALASKA

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>Crim E. Alexie | )<br>)<br>)   Case Number: 3:02-CR-00007-JWS-JDR<br>)<br>)<br>)   **ORDER for RELEASE**<br>)<br>)<br>)<br>) |

**IT IS HEREBY ORDERED** that the defendant, Crim E. Alexie, be released from custody, effective December 19, 2006, to any U.S. Probation Officer for transport to the Cordova Center.

Dated this 19TH day of December, 2006.

/s/ John D Roberts [seal affixed]
SIGNATURE REDACTED
John D. Roberts
U.S. Magistrate Judge