PROB 12B
(7/93)

# United States District Court

## for the

# District of Alaska

### Request for Modification of Conditions or Term of Supervised Release
### with Consent of the Offender
#### *(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Crim E. Alexie                    Case Number: A02-0007-05-CR (JWS)

Sentencing Judicial Officer:   John W. Sedwick, Chief U.S. District Court Judge

Date of Original Sentence:     July 9, 2002

Original Offense:              Conspiracy to Interfere with Commerce by Robbery in violation of 18
                               U.S.C. § 1951(a)

Original Sentence:             24 months imprisonment, 3 years supervised release

Date Supervision Commenced: August 11, 2006

### PETITIONING THE COURT

[  ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]    To modify the conditions of supervised release as follows:


*"The defendant shall reside at the Community Corrections Center for a period of up to 90 days and
shall abide by the rules and regulations of the Community Corrections Center. The defendant shall be
eligible for work and treatment release and other releases pre-approved by a U.S. Probation Officer. If
the defendant remains in compliance with his conditions after 60 days, he may be considered for early
release from the Community Corrections Center"*


### CAUSE

A Petition for Warrant for Offender was filed on December 7, 2007, alleging five (5) violations of
conditions of supervision. These violations included the defendant's use of a controlled substance,
marijuana, and changing his residence without notifying the probation officer, among other violations.
The defendant was arrested by the U.S. Marshal Service at a residence in Anchorage, Alaska, without
incident. The Government, probation officer, and defendant, upon assistance of counsel, agree to this
modification of conditions as a consequence to the defendant's violation behavior; as well as a way to
provide the defendant with a structured residence while he participates in substance abuse treatment and
pursues gainful employment.

*Request for Modification of Conditions or Term*
*Name of Offender          :          Crim E. Alexie*
*Case Number               :          A02-0007-05-CR (JWS)*

Respectfully submitted,

Redacted Signature

Charlene Wortman
U.S. Probation Officer
Date:  December 12, 2006

Approved by:

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

## THE COURT ORDERS:

[  ]    No Action
[  ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[  ]    Other:

**REDACTED SIGNATURE**

John W. Sedwick
Chief U.S. District Court Judge

Date:   *12-12-06*

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF ALASKA

**U.S.A. v Crim E. Alexie**                     **Docket No. A02-0007-05-CR (JWS)**

I, ___Crim E. Alexie___, have been advised and understand that I am entitled by law to a
hearing and assistance of counsel before any unfavorable change may be made in my conditions
of supervised release or my period of supervision being extended. By "assistance of counsel," I
understand that I have the right to be represented at the hearing by counsel of my own choosing if
I am able to retain counsel. I also understand that I have the right to request the Court to appoint
counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of
my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I
also agree to the following modification of my conditions of supervised release or to the
proposed extension of my term of supervision:

*"The defendant shall reside at the Community Corrections Center for a period of up to 90 days
and shall abide by the rules and regulations of the Community Corrections Center. The
defendant shall be eligible for work and treatment release and other releases pre-approved by a
U.S. Probation Officer. If the defendant remains in compliance with his conditions after 60
days, he may be considered for early release from the Community Corrections Center"*

Signed: ✗ _____          Date: ___12-12-06___

Crim E. Alexie
Supervised Releasee

Witness: **REDACTED SIGNATURE** _____          Date: ___12/12/06___

Charlene Wortman
U.S. Probation Officer