PROB 12B
(7/93)

# United States District Court ℝ𝔼ℂ𝔼𝕀𝕍𝔼𝔻

## for the

## District of Alaska

MAR - 6 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

### Request for Modification of Conditions or Term of Supervised Release
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Crim E. Alexie                    Case Number: A02-0007-05-CR (JWS)

Sentencing Judicial Officer:    John W. Sedwick, Chief U.S. District Court Judge

Date of Original Sentence:    July 9, 2002

Original Offense:    Conspiracy to Interfere with Commerce by Robbery in violation of 18
U.S.C. § 1951(a)

Original Sentence:    24 months imprisonment, 3 years supervised release

Date Supervision Commenced: August 11, 2006

## PETITIONING THE COURT

[  ]    To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]    To modify the conditions of supervised release as follows:

*"The defendant shall reside at the Community Corrections Center for a period of up to 120 days and shall abide by the rules and regulations of the Community Corrections Center. The defendant shall be eligible for work and treatment release and other releases pre-approved by a U.S. Probation Officer. The U.S. Probation Officer may authorize the defendant to be released from the Community Corrections Center at any time, if he obtains approved housing and employment."*

## CAUSE

A Petition for Warrant for Offender was filed on December 7, 2006, alleging five (5) violations of conditions of supervision. As a consequence for the alleged violations, the defendant agreed to a modification of conditions to include residency at a Community Corrections Center for 60-90 days. The defendant will complete the 90 days on March 18, 2007. The defendant has recently obtained employment; however, he does not yet have an approved residence. The modification listed above is sought to allow the defendant time to work and save enough money to obtain suitable housing. The defendant has agreed to this modification.

-1-

*Request for Modification of Conditions or Term*
*Name of Offender          :          Crim E. Alexie*
*Case Number               :          A02-0007-05-CR (JWS)*

Respectfully submitted,

_REDACTED SIGNATURE_

Charlene Wortman
U.S. Probation Officer
Date:  March 1, 2007

Approved by:

REDACTED SIGNATURE

Eric D. Odegard
Supervising U.S. Probation Officer

## THE COURT ORDERS:

[  ]  No Action
[  ]  The Extension of Supervision as Noted Above
[✓]  The Modification of Conditions as Noted Above
[  ]  Other:

REDACTED SIGNATURE

John W. Sedwick
Chief U.S. District Court Judge
Date:  3/5/06

-2-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF ALASKA

U.S.A. v Crim E. Alexie                    Docket No. A02-0007-05-CR (JWS)

I, _Crim E. Alexie_ , have been advised and understand that I am entitled by law to a
hearing and assistance of counsel before any unfavorable change may be made in my conditions
of supervised release or my period of supervision being extended. By "assistance of counsel," I
understand that I have the right to be represented at the hearing by counsel of my own choosing if
I am able to retain counsel. I also understand that I have the right to request the Court to appoint
counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of
my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I
also agree to the following modification of my conditions of supervised release or to the
proposed extension of my term of supervision:

*"The defendant shall reside at the Community Corrections Center for a period of up to 120 days
and shall abide by the rules and regulations of the Community Corrections Center. The
defendant shall be eligible for work and treatment release and other releases pre-approved by a
U.S. Probation Officer. The U.S. Probation Officer may authorize the defendant to be released
from the Community Corrections Center at any time, if he obtains approved housing and
employment."*

Signed: _____          Date: 2-27-07
Crim E. Alexie
Supervised Releasee

Witness: __Ramsey FCM_____          Date: 2/27/07
Witness and Title