

**United States Department of Justice**
United States Marshals Service
*District of Alaska*

Federal Building and US Courthouse
222 W. Seventh Avenue #28, Room 170
Anchorage, Alaska 99513

To: US District Court
US Attorney
US Probation
US FPD

From: Randy M. Johnson
United States Marshal
District of Alaska

INRE: **PRISONER IN FEDERAL CUSTODY**

| | |
|---|---|
| NAME: | Crim E. Alexie |
| DATE OF BIRTH: | |
| CHARGE: | Viol. Supervised Release |
| CASE NUMBER: | A02-0007-05-cr (JWS) |
| PLACE HELD: | ACC-E |
| DATE OF ARREST: | 03/21/2007 |
| TIME OF ARREST: | 4:00pm |
| PLACE ARRESTED: | US Probation Office Anchorage |
| ARRESTED BY: | Ron Dewitt USMS |

REMARKS: Contact David Long USMS: 271-5700

BOOKED IN ENGLISH:   YES _____   NO _____

LANGUAGE: _____

IF YOU HAVE QUESTIONS IN REGARDS TO THIS ARREST, PLEASE CONTACT DUSM John Olson or SDUSM Stacy Melton AT (907) 271-5154. THANK YOU.