```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs. __CRIM E. ALEXIE__        CASE NO. __3:02-CR-00007-05-JWS__
Defendant: _X_ Present   _X_ In Custody

BEFORE THE HONORABLE: _____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER: _____SUZANNETTE LUCERO_____

UNITED STATES' ATTORNEY: __JOHN NOVAK_____

DEFENDANT'S ATTORNEY: _____RICH CURTNER - FPD APPOINTED_____

U.S.P.O.: _____CHARLENE WORTMAN_____

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE HELD 3/21/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:01 p.m. court convened.

_X_ Copy of Petition to Revoke Supervised Release (Dkt 408) given
    to defendant.

_X_ Defendant sworn.

_X_ Defendant advised of general rights and charges.

_X_ Defendant states true name: __CRIM E. ALEXIE_____

_X_ Financial Affidavit **FILED**; Federal Public Defender accepted
    appointment on behalf of Mike Dieni; FPD notified.

_X_ Defendant **DENIED** allegations __1-5 of the Petition to Revoke__
    __Supervised Release (Dkt 408).__

_X_ Consent to be filed by **3/27/07** or case shall be transferred to
    U.S. District Judge.

_X_ Defendant's detention uncontested; Order of Detention Pending
    Hearing **FILED**.

_X_ OTHER: __Government advised the Court of availability for__
    __evidentiary hearing on April 5 & 6, 2007.__

At 3:14 p.m. court adjourned.

DATE: ____March 22, 2007_____ DEPUTY CLERK'S INITIALS: __SCL__