Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CRIM E. ALEXIE,<br><br>　　　　　　Defendant. | Case No. 3:02-cr-0007-05-JWS<br><br>DEFENDANT'S SENTENCING MEMORANDUM |

　　　　　Defendant, Crim E. Alexie, by and through counsel Michael Dieni, Assistant Federal Defender, submits his pre-adjudication/disposition memorandum.

　　　　　The parties, including probation officer Charlene Wortman, have agreed to jointly recommend the following disposition.  Mr. Alexie will admit the violation.  The parties will request revocation of supervision, 90 days jail, and reimposition of two years of supervision, on the condition that Mr. Alexie serve at least 60 days in a halfway house (up to 90 days, at the probation officer's discretion) upon release from jail.

///

///

DATED this 4th day of April, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on April 4, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Bryan Schroder, Esq.

/s/ Michael D. Dieni