```
           MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

U.S.A. vs. CRIM E. ALEXIE         CASE NO. 3:02-cr-00007-05-JWS
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE:          JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:         APRIL KARPER

UNITED STATES' ATTORNEY:       JOHN NOVAK

DEFENDANT'S ATTORNEY:          MICHAEL DIENI

U.S.P.O.:                      CHARLENE WORTMAN

PROCEEDINGS: DISPOSITION (EVIDENTIARY) HEARING ON PETITION TO
             REVOKE SUPERVISED RELEASE (DKT 408)
             HELD APRIL 5, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:06 a.m. court convened.

_X_ Defendant **ADMITTED** allegations 1 thru 5 of the Petition to
    Revoke Supervised Release.

_X_ FINAL DISPOSITION HEARING:

    _X_ Supervised Release revoked.

    _X_ Defendant imprisoned for a period of 90 days.

    _X_ Defendant to serve term of supervised release for a period
        of 2 years under the usual terms and conditions and the
        following special conditions: Special conditions as stated
        in the courts original judgment and one modified and one
        additional term as stated in the amended judgment.

_X_ Defendant remanded to the custody of the U.S. Marshal.

_X_ OTHER: Appeal rights given.

At 10:17 a.m. court adjourned.


DATE:    April 5, 2007         DEPUTY CLERK'S INITIALS:   amk