

APR 0 6 2007

**CLERK, U.S. DISTRICT COURT**
**ANCHORAGE, AK**

UNITED STATES DISTRICT COURT
District of Alaska

| | |
|---|---|
| UNITED STATES OF AMERICA, | AMENDED JUDGMENT IN A CRIMINAL CASE |
| vs. | (For Revocation of Probation or Supervised Release) |
| | For Offenses Committed On or After November 1, 1987 |
| CRIM E. ALEXIE | (Original Judgment filed 07/10/02) |
| | Case Number: 3:02-cr-00007-05-JWS |
| | Michael Dieni |
| | Defendant's Attorney |

Defendant's probation officer filed a petition on 03/13/2007 accusing defendant of 5 violations of the conditions of supervision provided in the original judgment. Defendant <u>admitted allegations 1 thru 5 of the Petition to Revoke Supervised Release</u>. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Modified | Left the Community Center | 03/11/07 | C |
| 2 | Standard | Changed Employment w/o Notice | 11/21/06 | C |
| 3 | Standard | Changed Residence w/o Notice | 11/17/06 | C |
| 4 | Standard | Positive Drug Test | 10/27/06 | C |
| 5 | Standard | Positive Drug Test | 10/02/06 | C |

The court concludes that the conditions of supervision set forth in the court's original judgment are subject to [_] modification or [X] revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through 3 of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

April 5, 2007
Date of Disposition Hearing

**REDACTED SIGNATURE**

Signature of Judicial Officer
JOHN W. SEDWICK, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

4-5-07

Date

AO245.REV

Defendant: CRIM E. ALEXIE  
Case No.:  3:02-cr-00007-05-JWS

Amended Judgment--Page 2 of 3

**IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION**

Defendant's supervised release [X]   probation [_]   having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 90 days.

[_]  The court makes the following recommendations to the Bureau of Prisons:

[X]  The defendant is remanded to the custody of the United States Marshal.  
[_]  The defendant shall surrender to the United States Marshal for this district,  
                   a.m.  
    [_]  at _____ p.m. on _____.  
[_]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,  
    [_]  before 2 p.m. on _____.  
    [_]  as notified by the United States Marshal.  
    [_]  as notified by the probation office.

**RETURN**

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

_____  
United States Marshal

By _____  
    Deputy Marshal

AO245.REV

Defendant: CRIM E. ALEXIE                          Amended Judgment--Page 3 of 3
Case No.:   3:02-cr-00007-05-JWS

## PROBATION/SUPERVISED RELEASE (MODIFIED)

Defendant's supervised release [X] probation[_] is modified as follows:

1. The defendant shall submit to drug testing not more than 12 times per month as directed by the probation officer.

2. The defendant shall reside in a half way house for a period of 90 days. That 90 days will be reduced to 60 days if the defendant abides by all the terms and conditions of his supervised release and the rules of the half way house during that 60 day period and he has located a place to live.

The term of supervision is not [_] is [X] extended as follows:

2 years of supervised release re-imposed.

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV