NELSON P. COHEN
United States Attorney

JOHN J. NOVAK
Special Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: john.novak@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:02-cr-00007-JWS-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | **SUBSTITUTION OF COUNSEL** |
| vs. | ) | |
| | ) | |
| CRIM E. ALEXIE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States Attorney's Office, by and through John J. Novak, Special Assistant U.S. Attorney, and hereby enters a substitution of counsel on behalf of the United States of America. The government requests that

the Court no longer serve pleadings in the above-captioned case on AUSA Bryan Schroder now that the undersigned is appearing as counsel in this case.

All further pleadings and correspondence, etc. shall be sent to the following address:

John J. Novak
Special Assistant U.S. Attorney
222 West 7th Avenue, Room 253, #9
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: john.novak@usdoj.gov

RESPECTFULLY SUBMITTED on this 17th day of July, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

  s/ John J. Novak
JOHN J. NOVAK
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue #9, Room 253
Anchorage, Alaska  99513
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: john.novak@usdoj.gov
AK #8511184

**CERTIFICATE OF SERVICE**
I hereby certify that on July 17, 2007
a copy of the foregoing Substitution of
Counsel was served
on Michael Dieni by electronic notice

  s/ John J. Novak