NELSON P. COHEN
United States Attorney

JOHN J. NOVAK
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: john.novak@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:02-cr-00007-JWS-JDR |
| Plaintiff, | ) | |
| | ) | **NOTICE TO DISCONTINUE** |
| vs. | ) | **ELECTRONIC SERVICE** |
| | ) | |
| CRIM E. ALEXIE, | ) | |
| Defendant. | ) | |

COMES NOW Plaintiff United States of America, by and through Nelson P. Cohen, United States Attorney for the District of Alaska, and hereby requests the

Court no longer electronically serve pleadings in the above-captioned case on Bryan Schroder, Asst. U.S. Attorney.  John J. Novak is the lead attorney in this matter.

    RESPECTFULLY submitted this <u>17th</u> day of July, 2007, at Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

          s/ John J. Novak
        JOHN J. NOVAK
        Special Assistant U.S. Attorney
        Federal Building & U.S. Courthouse
        222 West 7th Avenue #9, Room 253
        Anchorage, Alaska  99513
        Phone: (907) 271-5071
        Fax: (907) 271-1500
        Email: john.novak@usdoj.gov
        AK #8511184

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2007
a copy of the foregoing NOTICE was served
electronically on Michael Dieni.

s/ John J. Novak