NELSON P. COHEN
United States Attorney

CHRISTINE M. THORESON
Special Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: christine.thoreson@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:02-cr-00007-JWS-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | **SUBSTITUTION OF COUNSEL** |
| vs. | ) | |
| | ) | |
| CRIM E. ALEXIE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States Attorney's Office, by and through

Christine M. Thoreson, Special Assistant U.S. Attorney, and hereby enters a

substitution of counsel on behalf of the United States of America. The government

requests that the Court no longer serve pleadings in the above-captioned case on

AUSA John J. Novak now that the undersigned is appearing as counsel in this case.

All further pleadings and correspondence, etc. shall be sent to the following address:

Christine M .Thoreson
Special Assistant U.S. Attorney
222 West 7th Avenue, Room 253, #9
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: christine.thoreson@usdoj.gov

RESPECTFULLY SUBMITTED on this 3rd day of August, 2007, in Anchorage, Alaska.

> NELSON P. COHEN
> United States Attorney
>
>   s/ Christine M. Thoreson
> CHRISTINE M. THORESON
> Special Assistant U.S. Attorney
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-1500
> E-mail: christine.thoreson@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on August 3, 2007 a copy of the foregoing Substitution of Counsel was served on Michael Dieni by electronic notice.

  s/ Christine M. Thoreson

**U.S. v. ALEXIE**
3:02-cr-00007-JWS-JDR                          2