```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs.  CRIM E. ALEXIE     CASE NO. 3:02-CR-00007-05-JWS
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:       JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:      CHAD WILTS

UNITED STATES' ATTORNEY:    JOHN NOVAK

DEFENDANT'S ATTORNEY:       MICHAEL D. DIENI - APPOINTED

U.S.P.O.:                   MICHAEL PENTANGELO

PROCEEDINGS: INITIAL APPEARANCE ON PETITION AND SUPPLEMENTAL
             PETITION TO REVOKE SUPERVISED RELEASE (DKT 422 &425)
             HELD 8/03/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:33 p.m. court convened.

 X Copy of Petition and Supplemental Petition to Revoke
Supervised Release given to defendant read.

 X Defendant sworn.

 X Defendant stated true name: Same as above.

 X Defendant advised of general rights, charges and penalties.

 X Financial Affidavit **FILED**, Federal Public Defender accepted
appointment; FPD notified.

 X Defendant **DENIED** allegations 1, 2, 3 and 4 of the Petition and
Supplemental Petition to Revoke Supervised Release.

 X Consent to be filed within 3 days or matter shall be
transferred to a U.S. District Judge.

 X Defendant detained, Order of Detention Pending Trial; **FILED.**

 X OTHER: Government stated preferred dates for evidentiary
hearing to be week of August 13th.

At 2:44 p.m. court adjourned.


DATE: AUGUST 3, 2007          DEPUTY CLERK'S INITIALS:    CLW


Revised 6-18-07