# United States District Court
## for the
## DISTRICT OF ALASKA

RECEIVED
AUG 0 7 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case Number: A02CR0007 |
| ) | |
| vs. ) | WARRANT FOR ARREST |
| ) | |
| Crim E. Alexie ) | |

TO: The United States Marshal
and any Authorized United States Officer

    YOU ARE HEREBY COMMANDED to arrest Crim E. Alexie and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with four violations of his term of supervised release.

**REDACTED SIGNATURE**

John W. Sedwick
Chief U.S. District Court Judge

7-24-07
Date

---

| RETURN OF SERVICE | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: ANCHORAGE, AK | | |
| Date Received: 7/24/07  Date of Arrest: 8/2/07 | Name and title of arresting officer: APD | Signature of arresting officer: R. [signature] |