NELSON P. COHEN
United States Attorney

JOHN J. NOVAK
Special Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: john.novak@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:02-cr-00007-JWS-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | **<u>SUBSTITUTION OF COUNSEL</u>** |
| vs. | ) | |
| | ) | |
| CRIM E. ALEXIE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States Attorney's Office, by and through

John J. Novak, Special Assistant U.S. Attorney, and hereby enters a substitution of

counsel on behalf of the United States of America. The government requests that

the Court no longer serve pleadings in the above-captioned case on SAUSA

Christine M. Thoreson, now that the undersigned is appearing as counsel in this

case.

All further pleadings and correspondence, etc. shall be sent to the following

address:

John J. Novak
Special Assistant U.S. Attorney
222 West 7th Avenue, Room 253, #9
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: john.novak@usdoj.gov

RESPECTFULLY SUBMITTED on this 10th day of August, 2007, in

Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

  s/ John J. Novak
JOHN J. NOVAK
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue #9, Room 253
Anchorage, Alaska  99513
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: john.novak@usdoj.gov
AK #8511184

**CERTIFICATE OF SERVICE**
I hereby certify that on August 10, 2007
a copy of the foregoing Substitution of
Counsel was served on Michael Dieni
by electronic notice:

  s/ John J. Novak

**U.S. v. ALEXIE**
3:02-cr-00007-JWS-JDR                    2