Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>CRIM E. ALEXIE,<br><br>　　　　　　　Defendant. | Case No. 3:02-cr-0007-05-JWS<br><br>MOTION TO RESET ADJUDICATION DATE,<br>*Filed on Shortened Time* |

　　　　Defendant, Crim E. Alexie, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for an order resetting Mr. Alexie's adjudication date from the currently set date and time of 2:00 p.m., August 13 to a date after August 14. This motion is made due to the unavailability of counsel the afternoon of August 13

　　　　Counsel for Mr. Alexie will be out of district the afternoon of August 13 and all day August 14, returning August 15.

　　　　The government's position is unknown, because Assistant United States Attorney Novak and his supervisor, Frank Russo, are both out of the office this date and cannot be contacted.  It should be noted, however, that the government's assigned

attorney, John Novak, is currently out of district on leave until August 14, and for this reason, it seems unlikely that he would oppose this motion.

        DATED this 10th day of August, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on August 10, 2007, a copy of the foregoing document, with attachments, was served electronically on:

John J. Novak, Esq.

/s/ Michael D. Dieni