UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>CRIM E. ALEXIE,<br><br>                Defendant. | Case No. 3:02-cr-0007-05-JWS<br><br>PROPOSED<br>ORDER RESCHEDULING<br>ADJUDICATION DATE |

After due consideration of defendant's motion on shortened time, the motion is GRANTED.

After due consideration of defendant's motion to reset adjudication date, the motion is granted. The adjudication currently scheduled for August 13, 2007, at 2:00 p.m., is hereby rescheduled to _____, 2007, at _____ a.m./p.m.

DATED this ____ day of _____, 2007 in Anchorage, Alaska.

_____
John W. Sedwick
United States District Court Judge