UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>CRIM E. ALEXIE,<br><br>            Defendant. | Case No. 3:02-cr-00007-05-JWS<br><br>ORDER RESCHEDULING<br>ADJUDICATION DATE |

       After due consideration of defendant's motion on shortened time, the motion is **GRANTED**.

       After due consideration of defendant's motion to reset adjudication date, the motion is granted. The adjudication currently scheduled for August 13, 2007, at 2:00 p.m., is hereby rescheduled to August 28, 2007, at 2:30 p.m.

       DATED this 13th day of August 2007 in Anchorage, Alaska.

                                                   /s/ John W. Sedwick<br>
                                       United States District Court Judge