Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>CRIM E. ALEXIE,<br><br>                    Defendant. | Case No. 3:02-cr-0007-05-JWS<br><br>NOTICE OF PROPOSED DISPOSITION SETTLEMENT, Filed on Shortened Time |

Defendant, Crim E. Alexie, by and through counsel Michael Dieni, Assistant Federal Defender, submits his pre-adjudication/disposition memorandum for his hearing now set for August 28, 2007.

The parties, including probation officer Mike Pentangelo, have agreed to jointly recommend the following resolution.  Mr. Alexie will admit allegation 4.  The parties will jointly agree to recommend six months of incarceration followed by no supervision. ///

///

///

DATED this 27th day of August, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on August 27, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Bryan Schroder, Esq.

/s/ Michael D. Dieni