MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs.  CRIM E. ALEXIE           CASE NO. 3:02-CR-00007-05-JWS
Defendant: X Present  X In Custody

BEFORE THE HONORABLE:            JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:           SAMANTHA LARK

UNITED STATES' ATTORNEY:         CHRISTINE THORESON

DEFENDANT'S ATTORNEY:            MICHAEL D. DIENI

U.S.P.O.:                        MICHAEL PENTANGELO

PROCEEDINGS: EVIDENTIARY HEARING AND DISPOSITION HEARING ON
             PETITION AND SUPPLEMENTAL PETITION TO REVOKE
             SUPERVISED RELEASE (DKT 422 & 425) HELD 08/28/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:35 p.m. court convened.

Counsel advised court evidentiary hearing not required.

 X Defendant advised of general rights.

 X Defendant **ADMITTED** allegation 4 of the Supplemental Petition to Revoke Supervised Release.

    X Supervised Release revoked.

    x Defendant imprisoned for a period of 6 months with no supervision to follow.

 X Defendant remanded to the custody of the U.S. Marshal.


 X OTHER: Court and counsel heard re plaintiff's oral motion to dismiss allegations 1, 2, 3 of the Petition and Supplemental petition to revoke supervised release; **GRANTED**.

At 2:39 p.m. court adjourned.


DATE: August 28, 2007            DEPUTY CLERK'S INITIALS:   sal


Revised 6-18-07