RECEIVED

NOV 14 2007

**CLERK, U.S. DISTRICT COURT**
**ANCHORAGE, A.K.**

UNITED STATES DISTRICT COURT
District of Alaska

RECEIVED

SEP 04 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2nd AMENDED JUDGMENT IN A CRIMINAL CASE |
| vs. | (For Revocation of Probation or Supervised Release) |
| | For Offenses Committed On or After November 1, 1987 |
| CRIM E. ALEXIE. | (Original Judgment filed 7/09/2002) |
| | Case Number: 1:02-CR-00007-05-JWS |
| | Michael R. Dieni |
| | Defendant's Attorney |

Defendant's probation officer filed a petition on _7/16/2007 & 7/27/2007_ accusing defendant of _4_ violations of the conditions of supervision provided in the original judgment. Defendant _ADMITTED allegation 4 of the Supplemental Petition to Revoke Supervised Release_. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 4 | Special | Absconded From The Cordova Center | 7/24/2007 | C |

The court finds that the following accusations are not proved: _____.
The court concludes that the conditions of supervision set forth in the court's original judgment are subject to revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through 3 of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

AUGUST 30, 2007

REDACTED SIGNATURE

Signature of Judicial Officer
JOHN W. SEDWICK, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

August 31, 2007

Date

AO245 REV

Defendant: CRIM B. ALEXIE                    2ND Amended Judgment--Page 2 of 3
Case No.: 3:02-CR-00007-05-JWS

## IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE

Defendant's supervised release having been revoked, the defendant is hereby
committed to the custody of the United States Bureau of Prisons to be
imprisoned for a term of __6 months with no supervision to follow.__

[ ]   The court makes the following recommendations to the Bureau of
      Prisons:

[X]   The defendant is remanded to the custody of the United States Marshal.
[ ]   The defendant shall surrender to the United States Marshal for this
      district.
          [ ] at _____ a.m.
                        p.m. on _____
[ ]   The defendant shall surrender for service of sentence at the
      institution designated by the Bureau of Prisons.
          [ ]  before 2 p.m. on _____
          [ ]  as notified by the United States Marshal.
          [ ]  as notified by the probation office.

### RETURN

I have executed this judgment as follows:

_____

_____

_____


Defendant delivered on __10-31-07__ to __FCI, Sheridan__ at
__Sheridan, Oregon__ , with a certified copy of this judgment.

                              _Charles A. Daniels, Warden_

                           By _Debra R Porter, LTE_
                                    Deputy Marshal

Defendant: CRIM E. ALEXIE                    2ND Amended Judgment--Page 3 of 3
Case No.:  3:02-CR-00007-05-JWS

## SUPERVISED RELEASE (MODIFIED)

Defendant's supervised release [_] probation[_] is modified as follows:

No term of supervision to follow.

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.